IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PERCIVAL CHARLES FERRIS, JR.,

       Petitioner,

v.

STATE OF FLORIDA, et al.,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1510

Opinion filed May 7, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Percival Charles Ferris, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       DISMISSED.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

       Petitioner is warned that any future filings which the court determines to be

successive or frivolous may result in the imposition of sanctions, including a bar to

further pro se filings and a referral to the appropriate institution for disciplinary procedures pursuant to the rules of the Department of Corrections as provided in section 944.279, Florida Statutes.  <u>See</u> Fla. R. App. P. 9.410.

WOLF, THOMAS, and OSTERHAUS, JJ., CONCUR.